UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: **7:20-cv-82-M**

| | | |
|---|---|---|
| SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | **DEFENDANT FRANCES MORGAN** |
| v. | ) ) ) ) ) | **MILLER'S (f/k/a FRANCES GALE BRITT) MOTION FOR DEFAULT JUDGMENT PURSUANT TO COURT'S RULING DENYING MOTION FOR** |
| FRANCES MORGAN MILLER, f/k/a FRANCES GALE BRITT, and KESHA BLANKS BRITT, | ) ) ) | **JUDGMENT ON THE PLEADINGS** |
| Defendants. | ) | |

NOW COMES the Defendant Frances Morgan Miller f/k/a Frances Gale Britt, through undersigned counsel, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, hereby moves for a Default Judgment.

In so moving, the Defendant Frances Morgan Miller asks the Court to enter an order specifically entitling the Defendant Frances Morgan Miller to the entire proceeds of the life insurance policy as described in the pleadings and enjoining Defendant Kesha Blanks Britt from instituting any litigation or taking any future action pertaining to the life insurance policy or proceeds at issue.

Respectfully submitted this the 26th day of August 2020.

BY: _/s/____Stephen C. McIntyre_____

Stephen C. McIntyre
N.C. State Bar No. 39906
MUSSELWHITE, MUSSELWHITE, BRANCH & GRANTHAM
P.O. Box 1448
Lumberton, North Carolina 28359
Email: smcintyre@mmbglaw.com
Telephone: (910) 738-5277
Facsimile: (910) 738-3678
Attorney for Defendant Frances Morgan Miller

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date filed this Motion for Default Judgment and Proposed Order in the above-entitled action electronically through the Court's CM/ECF system, which will send notification of such filing to the following:

W. Sidney Aldridge
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619
T: (919) 645-4079 (Direct)
F: (919) 782-0465
WSAldridge@nichollscrampton.com
*Counsel for Plaintiff*

This is to certify that a copy of the foregoing Motion for Default Judgment and Proposed Order was sent via first-class U.S. mail on the date indicated below directly to the following party:

Kesha Blanks Britt
125 Sibley Road
Lumberton, NC 28358

This the 26th day of August, 2020.

BY: /s/ Stephen C. McIntyre

Stephen C. McIntyre